UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COOK MEDICAL, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                              MDL No. 2440

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On June 11, 2013, the Panel transferred 8 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See ___F.Supp.2d___ (J.P.M.L. 2013). Since that time, no additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of June 11, 2013, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 25, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON

JUN 25 2013

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By_____ Deputy

IN RE: COOK MEDICAL, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                            MDL No. 2440

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 13-00786 | Fricke et al v. Cook, Inc. et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 6 | 13-00535 | Davis v. Cook Group, Inc. et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 3 | 13-00123 | MONTFORD v. COOK GROUP INC et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 13-01181 | Schrembeck v. Cook Group, Inc. et al |
| GAN | 1 | 13-01614 | Burroughs v. Cook Group, Inc. et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 13-00907 | BARTLETT et al v. COOK BIOTECH, INC et al |
| **KANSAS** | | | |
| KS | 5 | 13-04054 | Ainsworth vs. Cook Group, Inc. et al |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 3 | 13-00138 | Dyson v. Cook, Inc. et al |
| MSN | 3 | 13-00139 | Barrett v. Cook, Inc. et al |
| **MISSOURI WESTERN** | | | |
| MOW | 4 | 13-00157 | Durham v. Cook Group, Inc. et al |
| MOW | 4 | 13-00158 | Lynch et al v. Cook Group, Inc. et al |
| MOW | 4 | 13-00419 | Brown v. Cook Group, Incorporated et al |
| MOW | 4 | 13-00529 | Walker v. Cook Group, Incorporated et al |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 13-01683 | CAMAC v. COOK GROUP, INC. et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 1 | 13-00120 | Ward v. Cook Group, Inc. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 13-01506 | Trujillo v. Cook Group, Inc. et al |
| TXS | 4 | 13-01508 | May v. Cook Group, Inc. et al |